UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

Darwin Alexander Martinez Castillo,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23-CR-205  (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/23

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Regarding the defendant's motion to dismiss (DI 9), absent an objection from the parties the Court will decide the motion on submission. Any objection shall be filed on or before June 22, 2023.

SO ORDERED.

Dated:    June 15, 2023

                                                      Lewis A. Kaplan
                                          United States District Judge