```
                                                    DOC #
                                                    ELECTRONICALLY FILED
                                                    DOC #: _____
                                                    DATE FILED: 8-10-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DARWIN ALEXANDER MARTINEZ-CASTILLO,

                        Defendant.

~~[PROPOSED]~~ ORDER

23 Cr. 205 (LAK)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Gabriel W. Gorenstein on August 9, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
        August 10, 2023

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK